AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Clara Vasquez

APPEARANCE

CASE NUMBER: 1:07-M-04A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Clara Vasquez

I certify that I am admitted to practice in this court.

1/9/07
*Date*

[signature]
*Signature*

Victor J Berelle #4648
*Print Name* *Bar Number*

301 Atwells Ave
*Address*

Prov RI 02909
*City* *State* *Zip Code*

(401) 273-5600 (401) 454-5600
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.