**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MISC. No. 1-07-M-04A |
| | ) | |
| CLARA VASQUEZ | ) | |

ORDER

This matter was heard on January 9, 2007 before Magistrate Judge Lincoln D. Almond, on a removal hearing held pursuant to Rule 5 of the Federal Rules of Criminal Procedure, to determine whether the defendant, CLARA VASQUEZ, should be removed to the Southern District of Florida to answer a complaint filed against her in that District (CR No. 06-2019-BLG). The defendant, being advised of her rights by the Court and represented by counsel, Victor J. Beretta, Jr., Esq., having waived her right to an identity hearing and a preliminary examination in this District, it is hereby:

ORDERED, ADJUDGED AND DECREED

The defendant is ordered removed in the custody of the United States Marshals Service to the judicial district of the Southern District of Florida for a prompt appearance before U.S. Magistrate Judge Barry L. Garber.

Per Order,

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
January 10, 2007